IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

Civil No. 8:08-cv-1387
(GLS/DRH)

2005 GMC SIERRA 1500
VIN: 2GTEK13T351178718,
Titled to: Serge Desilets
Quebec Canada Registration: 095TEC,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER BARRING ALL FURTHER CLAIMS

This matter having come before me at Albany, New York on March 19, 2009 for the return on the Warrant for Arrest of Articles *In Rem* pursuant to Rule C(3) of the Supplemental Rules for Admiralty and Maritime Claims, and after publication in accordance with law there have been no claims of ownership filed with this Court, and

There being no claims or answers interposed and there being no appearance at the call of the calendar on March 19, 2009 on behalf of any other parties, it is hereby

**ORDERED,** all further claims pertaining to the subject property are hereby barred and foreclosed forever, and it is further

DATED: April 7, 2009

                                      _Gary L. Sharpe_
                                HONORABLE GARY L. SHARPE
                                UNITED STATES DISTRICT JUDGE